# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135314

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY LELLIEL JONES,
      Defendant-Appellant.

SC: 135314
COA: 280415
Saginaw CC: 06-027481-FC

_____/

     On order of the Court, the application for leave to appeal the October 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

Clerk